1-27-26

To the Honorable Judge,

I respectfully write to request compassionate release based on extraordinary and compelling circumstances.

My mother is 88 years old and suffers from dementia. Her condition has progressed to the point where she is no longer able to safely care for herself. She currently lives with my brother however, his employment as a semi-truck driver requires him to be away for most of the day and often into the evening. During these times, my mother is left alone and without proper care or assistance.

Because of her dementia, she is unable to safely use the stove or microwave, as she forgets what she is doing. As a result she must wait until my brother returns home to eat or bathe. Although he leaves food available that does not require cooking, this is not sufficient to meet her daily needs. She requires hands-on assistance with meal preperation, bathing, dressing, trans-portation, to medical appointment, attending church and simply going outside for walks. I am able and willing to provide this care and there is no other family member available to do so.

I was sentance to 120 month of imprisonment

and have served 15 months of my sentance I fully understand the seriousness of my offense and remain committed to rehabilitation and lawful behavior. I respectfully ask the court to consider compassionate release or, in the alternative, placement on home confinement so that I can care for my ailing mother during this critical stage of her life.

I am willing to comply with any conditions the court deems appropriate, including supervision or home confinement. My only request is the oppertunity to be present for my mother and provide the care she urgently needs. If, God forbid, something were to happen to her while I remain incarcerated, it would be a loss that I would carry for the rest of my life.

Thank you for your time, consideration, and compassion in this matter.

Respectfully submitted

Deborah Tillotskjor
06314041